UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

======

TAIWAN LOMACK,

                              Petitioner,

                                                              ORDER
              v.                                              07-CV-200A

D. NAPOLI, Superintendent,

                              Respondent.

======

         The above-referenced case was referred to Magistrate Judge Victor E.

Bianchini, pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 5, 2011, Magistrate Judge

Bianchini filed a Report and Recommendation, recommending dismissal of the instant

proceeding pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based upon

petitioner's failure to comply with the Courts' scheduling orders, his failure to prosecute

this action and his failure to comply with the Eastern District of New York's Local Rules

of Civil Procedure.

         The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

         ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Bianchini's Report and Recommendation, the case is

dismissed.

         The Court finds that petitioner has failed to make a substantial showing of

the denial of a constitutional right and therefore denies a certificate of appealability.  28

U.S.C. § 2253(c)(2).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment would not be taken in good faith, and therefore denies leave to appeal *in forma pauperis*.  Further requests to proceed on appeal *in forma pauperis* must be filed with the United States Court of Appeals for the Second Circuit in accordance with the requirements of Rule 24 of the Federal Rules of Appellate Procedure.

The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

*s/ Richard J. Arcara*

HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: April 25, 2011